UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CLARENCE ADAMS,
                              Petitioner,

        - v. -                                          Civ. No. 9:08-CV-1381
                                                                   (DNH/GHL)
M. RADT, Superintendent, Elmira Correctional Facility,
                              Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                               OF COUNSEL:

CLARENCE ADAMS, 99-A-6271
Petitioner, *pro se*
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      By Order dated February 2, 2009, Petitioner Clarence Adams was ordered to file an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 within thirty (30) days if he wished to avoid dismissal of his petition. Dkt. No. 8.

      Petitioner was also ordered to submit a complete *in forma pauperis* application that is certified and signed by an appropriate prison official within thirty (30) days if he wished to proceed *in forma pauperis*.

      Petitioner has failed to submit an amended petition. Petitioner also failed to submit a complete *in forma pauperis* application.

      **WHEREFORE**, it is hereby

      **ORDERED**, that this action shall be **DISMISSED** and the Clerk shall enter judgment dismissing this action without further Order of this Court, and it is further

**ORDERED**, that Petitioner's application to proceed *in forma pauperis* (Dkt. No. 2) be **DENIED**.

**ORDERED**, that the Clerk serve a copy of this Order on Petitioner.

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: March 31, 2009
       Utica, New York.